**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STREAM TV NETWORKS, INC., *et al.*,    Debtors-in-Possession, | : : : | |
| v. | : : | Civil No. 2:24-cv-02727-JMG |
| REMBRANDT 3D HOLDING LTD,    Creditor. | : : | |
| VISUAL SEMICONDUCTOR, INC.,    Appellant, | : : : | |
| v. | : : | |
| STREAM TV NETWORKS, INC., *et al.*,    Debtors-in-Posess. | : : : | Civil No. 2:24-cv-06397-JMG |
| and | : : | |
| WILLIAM HOMONY, *et al.,*    Trustees. | : : | |
| VISUAL SEMICONDUCTOR, INC.,    Appellant, | : : : | |
| v. | : : | |
| STREAM TV NETWORKS, INC., *et al.*,    Debtors-in-Posess. | : : : | Civil No. 2:24-cv-06498-JMG |
| and | : : | |
| WILLIAM HOMONY, *et al.,*    Trustees. | : : | |

| | |
|---|---|
| VISUAL SEMICONDUCTOR, INC., *et al.*, : <br>     Appellants, : <br> : <br> v. : <br> : <br> STREAM TV NETWORKS, INC., *et al.*, : <br>     Debtors-in-Posess. : <br> : <br> and : <br> : <br> WILLIAM HOMONY, *et al.,* : <br>     Trustees. : | Civil No. 2:24-cv-06617-JMG |

## SCHEDULING ORDER

**AND NOW**, this 18th day of December, 2024, following a joint telephonic conference with counsel, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), **IT IS HEREBY ORDERED** that these cases are consolidated for scheduling purposes and resolution of briefs. The briefing schedule is set as follows:

1. Appellants, Rembrandt 3D Holding LTD and Visual Semiconductor, Inc., will each serve and file one opening brief addressing each of their issues on appeal by **January 15, 2025**.[1] Each brief is limited to 40 pages.

2. Appellee William Homony will serve and file one omnibus reply brief in response to both opening briefs by **February 18, 2025**. The brief is limited to 50 pages.

3. Appellants are each permitted to serve and file one response brief by **March 4, 2025**.

---

[1] Appellant Rembrandt's brief in its first appeal, Civil No. 2:24-cv-02727-JMG, is now due on January 15, 2025, as well.

Each brief is limited to 10 pages.[2]

                                              BY THE COURT:

                                              */s/ John M. Gallagher*
                                              JOHN M. GALLAGHER
                                              United States District Court Judge

---

[2] Despite the entry of this Scheduling Order, the parties must timely comply with all procedural requirements, including filing disclosure statements and entering the record on appeal.