**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| REMBRANDT 3D HOLDING, LTD,<br>Appellant,<br><br>v.<br><br>STREAM TV NETWORKS, INC., *et al.*,<br>Debtors-in-Posess.<br><br>and<br><br>WILLIAM HOMONY, *et al.,*<br>Trustees. | : | Civil No. 2:24-cv-02727-JMG |
| VISUAL SEMICONDUCTOR, INC.,<br>Appellant,<br><br>v.<br><br>STREAM TV NETWORKS, INC., *et al.*,<br>Debtors-in-Posess.<br><br>and<br><br>WILLIAM HOMONY, *et al.,*<br>Trustees. | : | Civil No. 2:24-cv-06397-JMG |
| VISUAL SEMICONDUCTOR, INC.,<br>Appellant,<br><br>v.<br><br>STREAM TV NETWORKS, INC., *et al.*,<br>Debtors-in-Posess.<br><br>and<br><br>WILLIAM HOMONY, *et al.,*<br>Trustees. | : | Civil No. 2:24-cv-06498-JMG |

| | | |
|---|---|---|
| VISUAL SEMICONDUCTOR, INC., *et al.*,<br>Appellants,<br><br>v.<br><br>STREAM TV NETWORKS, INC., *et al.*,<br>Debtors-in-Posess.<br><br>and<br><br>WILLIAM HOMONY, *et al.,*<br>Trustees. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 2:24-cv-06617-JMG |

**ORDER**

**AND NOW**, this 14th day of March, 2025, following a telephonic message from counsel on March 7, 2025, **IT IS HEREBY ORDERED** that the Clerk of Court is **DIRECTED** to **AMEND** the caption of case number 2:24-cv-02727-JMG to read: *Rembrandt 3D Holding, LTD v. Stream TV Networks, Inc., et al., and William Homony, et al*.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge