**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VISUAL SEMICONDUCTOR, INC. | : | Bankruptcy Appeal |
| | : | |
| Appellant, | : | Civil Nos: 2:24-cv-06397-JMG |
| | : | 2:24-cv-06498-JMG |
| v. | : | 2:24-cv-06617-JMG |
| | : | 2:25-cv-00751-JMG |
| STREAM NETWORKS, INC., et al., | | : |
| | : | |
| Debtors-in-Posess. | : | Appeals Related to Case No. 23-10763-JDB |
| | : | in the United States Bankruptcy Court for |
| and | : | the Eastern District of Pennsylvania |
| | : | |
| WILLIAM HOMONY, et al. | : | |
| | : | |
| Trustees. | : | |

**STIPULATION**

AND NOW, this 16th day of June, 2025, it is hereby stipulated and agreed, by and between all pertinent parties, by and through their undersigned counsel, that Appellant, Visual Semiconductor, Inc., shall have until June 20, 2025, within which to enter its Merits Reply Brief.

WEISBERG LAW

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Appellant

/s/ Michael Vagnoni
Michael Vagnoni, Esquire

**AND IT IS SO ORDERED.**

BY THE COURT:

/s/ John M. Gallagher
JOHN M. GALLAGHER
United States District Court Judge